**Dismiss and Opinion Filed July 31, 2013**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00590-CV

**HOLLYE G. MUHAMMAD, Appellant**

**V.**

**BAC HOME LOANS SERVICING, L.P., Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-10538**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By notice dated April 30, 2013, the Court directed appellant to pay the $175 filing fee for the appeal within ten days. We warned appellant that failure to do so would result in dismissal of the appeal. *See* TEX. R. APP. P. 42.3(c). To date, appellant has not paid the filing fee, provided documentation showing she is entitled to proceed without payment of the fee, or communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal.

130590F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

HOLLYE G. MUHAMMAD, Appellant

No. 05-13-00590-CV          V.

BAC HOME LOANS SERVICING, L.P.,
Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-10538.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Lewis participating.

        In accordance with this Court's opinion of this date, we **DISMISS** the appeal.  We **ORDER** that appellee BAC Home Loans Servicing, L.P. recover its costs of this appeal, if any, from appellant Hollye G. Muhammad.


Judgment entered July 31, 2013


                                        /Carolyn Wright/
                                        _____
                                        CAROLYN WRIGHT
                                        CHIEF JUSTICE